IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03080-WYD-KMT

GAYLENE MEDINA,

    Plaintiff,

v.

VITAL RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  February 19, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE